B104 (FORM 104) (08/07)

| **ADVERSARY PROCEEDING COVER SHEET**<br>(Instructions on Reverse) | **ADVERSARY PROCEEDING NUMBER**<br>(Court Use Only) |
|---|---|

| **PLAINTIFFS**<br><br>Travis Dwayne West | **DEFENDANTS** Georgia Dept. of Revenue<br>1st Franklin   Houston County Tax. Comm.<br>Afni, Inc      Select Portfolio  Verizon Wireless<br>Collection     McCalla, Raymer, Padrick   IRS |
|---|---|
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Anthony Sandberg<br>229 Peachtree Street<br>Atlanta, GA 30303 | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☒ Debtor      ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor      ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor    ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

COMPLAINT TO REIMPOSE AUTOMATIC STAY

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☒ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |

Other Relief Sought

N/A

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | | |
|---|---|---|---|
| NAME OF DEBTOR<br>**TRAVIS DWAYNE WEST** | BANKRUPTCY CASE NO.<br>09-52447 | | |
| DISTRICT IN WHICH CASE IS PENDING<br>**MIDDLE DISTRICT OF GEORGIA** | DIVISION OFFICE<br>**ATHENS** | NAME OF JUDGE<br>**HERSHNER** | |
| **RELATED ADVERSARY PROCEEDING (IF ANY)** | | | |
| PLAINTIFF | DEFENDANT | | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE | |

SIGNATURE OF ATTORNEY (OR PLAINTIFF)

/S/ ANTHONY SANDBERG

| DATE | PRINT NAME OF ATTORNEY (OR PLAINTIFF) |
|---|---|
| September 11, 2009 | Anthony Sandberg |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 CASE |
| | ) | |
| TRAVIS DWAYNE WEST | ) | NO. 09-52447 |
| | ) | |
| Debtor. | ) | |

| | | |
|---|---|---|
| TRAVIS DWAYNE WEST | ) | |
| | ) | ADVERSARY PROCEEDING |
| Plaintiff. | ) | |
| v. | ) | NO. _____ |
| | ) | |
| 1ST Franklin, and | ) | |
| | ) | |
| Afni, Inc. and | ) | |
| | ) | |
| Collection, and | ) | |
| | ) | |
| Georgia Dept. of Revenue, and | ) | |
| | ) | |
| Houston County Tax Comm., and | ) | |
| | ) | |
| IRS, and | ) | |
| | ) | |
| McCalla, Raymer, Padrick, and | ) | |
| | ) | |
| Select Portfolio Servicing, Inc | ) | |
| | ) | |
| Verizon Wireless | ) | |
| | ) | |
| Defendant. | | |

**COMPLAINT TO REIMPOSE AUTOMATIC STAY**

Comes now the above debtor, TRAVIS DWAYNE WEST, by and through counsel, and shows to this Honorable Court the following:

1.

This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 151 and 1334 and pursuant to the above-styled Chapter 13 case filed by the debtor. This is a core proceeding within the meaning of 28 U.S.C. Section 157.

2.

Debtor filed for relief under U.S.C. Chapter 13 on August 4th, 2009.

3.

The debtor had a previous Chapter case dismissed within one year prior to the filing of the instant case. The automatic stay provisions of 11 U.S.C. Section 362 terminated at the end of thirty days from the date of filing of the instant case inasmuch as no Order was entered by this Court extending the stay.

4.

Debtor seeks an Order from this Court reimposing the automatic stay against all creditors which shall remain in effect until such time as the case is dismissed or the stay is otherwise terminated by operation of law.

5.

Debtor states that the reimposition of the automatic stay in the instant case is necessary to protect the assets of the bankruptcy estate and to insure the effective administration of the instant case.

WHEREFORE, Debtor prays for the following:

    A.    This Complaint be filed, read and considered;

    B.    This Honorable Court reimpose the stay;

    C.    This Court grant any further relief as this court deems just and proper.

This 11th day of September, 2009

                                        Respectfully submitted,
                                        The Sandberg Law Firm


                                        /s/ Anthony Sandberg
                                        Anthony Sandberg
                                        Attorney for the Debtor
                                        Bar# 625210